336 A.2d 866
**COMMONWEALTH of Pennsylvania**
v.
**Barry HILL, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued Nov. 25, 1974.

Decided May 13, 1975.

Norman Ackerman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, Carolyn Engel Temin, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty. for Law, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### ORDER

PER CURIAM.

Judgments affirmed.

ROBERTS and MANDERINO, JJ., dissent.